# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DEON ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CV423-257 |
| TAKE 5 OIL CHANGE, TERRY, and OLIVER, | ) ) ) ) |
| Respondent. | ) ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Doc. 5. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. *Id.* Plaintiff's claims against Defendants "Terry" and "Oliver" are **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** those defendants.

Although Plaintiff's claims against Defendant Take 5 Oil Change remain pending, subject to service upon that Defendant by the Untied States Marshal, *see* doc. 5 at 6, it appears that Plaintiff has failed to keep the Court apprised of his current address. *See* doc. 7; *see also* S.D.

Ga. L. Civ. R. 11.1. Allen is, therefore, **DIRECTED** to provide the Clerk with a valid mailing address no later than October 27, 2023. He is advised that failure to provide a valid address timely may result in dismissal of his case for failure to comply with the Court's Rules and Orders and failure to prosecute. *See, e.g.,* Fed. R. Civ. P. 41(b).

**SO ORDERED** this 24 day of October, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA