# In the United States District Court for the Southern District of Georgia Savannah Division

DEON ALLEN,

    Plaintiff,

v.

TAKE 5 OIL CHANGE,

    Defendant.

4:23-cv-257

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12, to which no objections have been filed. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 14 day of December, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA